UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KV PHAMACEUTICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-01951-JCH |
| ) | |
| KVK-TECH, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter is before the Court on Plaintiff KV Pharmaceutical Company's Motion to Request Court Appoint a Mediator and for Extension of Deadline (Doc. No. 30), filed September 12, 2008. The parties have been unable to complete ADR by the scheduled deadline of September 12, 2008 because they have been unable to agree on a neutral.

Upon consideration, the Court will grant the parties additional time, up to and including October 30, 2008, to complete ADR. Pursuant to L.R. 6.03(B)(1), the Clerk of the Court will select a neutral and notify the parties.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Deadline (Doc. No. 30) is **GRANTED**. The parties shall complete ADR no later than **October 30, 2008**. The Clerk of this Court will notify the parties when a neutral has been assigned.

Dated this 16th day of September, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE