UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KV PHARMACEUTICAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KVK-TECH, INC., ) <br> ) <br> Defendant. ) | Case No. 4:07-CV-01951-JCH |

## ORDER

This matter is before the Court upon Plaintiff's Motion to Stay Discovery for Ninety Days (Doc. No. 61). Defendant has filed an opposition to Plaintiff's Motion (Doc. No. 63), and Plaintiff filed a Reply Memorandum in support of its Motion (Doc. No. 64). After careful review of the submitted motion and memoranda and this Court's scheduling orders, the Court will deny Plaintiff's Motion to Stay Discovery for Ninety Days .

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Discovery for Ninety Days (Doc. No. 61) is **DENIED**.

Dated this 9th day of March, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE